STATE v. KILPATRICK

No. 8P98

Case below: 127 N.C.App. 554

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 April 1998.

STATE v. LEE

No. 81P98

Case below: 128 N.C.App. 506

Motion by Attorney General to dismiss appeal allowed 2 April 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

STATE v. MALETTE

No. 79P98

Case below: 128 N.C.App. 749

Motion by defendant (Malette) for temporary stay allowed 2 April 1998.

STATE v. ROBINSON

No. 261A92-4

Case below: Bladen County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Bladen County denied 2 April 1998. Petition by defendant for writ of mandamus denied 2 April 1998.

STATE v. TAYLOR

No. 71P98

Case below: 128 N.C.App. 394

Motion by Attorney General to dismiss appeal allowed 2 April 1998 as to due process issue only; otherwise denied. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.